# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Carothers Construction, Inc. ) ASBCA No. 61430
)
Under Contract No. W91278-12-D-0037 )

APPEARANCE FOR THE APPELLANT:     J. Ben Shapiro, Esq.
    Baker, Donelson, Bearman, Caldwell
     & Berkowitz, PC
    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Allie E. Vandivier, Esq.
    Laura J. Arnett, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

Both parties have advised that they have settled all issues relating to the appeal, and appellant has moved to dismiss the appeal with prejudice. Accordingly this appeal is hereby dismissed with prejudice.

Dated: October 16, 2018

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61430, Appeal of Carothers Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals